# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Michelle Donath
                              Plaintiff,

v.                                                          Case No.: 1:25−cv−00919
                                                            Honorable LaShonda A. Hunt

Yamazen, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 5, 2025:


MINUTE entry before the Honorable LaShonda A. Hunt: Based upon the filing of the waiver of service [5], joint status report deadline previously set for 3/26/25 is reset for 4/4/25. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." Telephonic initial status hearing previously set for 4/2/25 is reset for 4/16/25 at 9:30AM. Attorneys/parties may appear by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.